IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**LONNIE W. SMITH, JR.,**
by and through his guardian
**Wanda Smith,**            Case No.: 3:23-CV-00746

    Plaintiff,            HON. ROBERT C. CHAMBERS

    vs.

**JOHN/JANE DOE CORRECTIONS
OFFICERS**

    **Defendants.**

## NOTICE OF DISMISSAL

On this day came the Plaintiff by counsel, Tyler C. Haslam and Haslam Law Firm LLC, and stipulated that the Plaintiffs voluntarily dismiss their claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A). The remaining defendants have not appeared in this action.

                               _____
                               Judge Robert C. Chambers

Prepared by:

/s/Tyler Haslam_____
Tyler C. Haslam (W. Va. Bar. No. 11522)
**HASLAM LAW FIRM LLC**
P.O. Box 585
Huntington, WV 25710
T:  (304) 948-8529
F:  (304) 948-8282
tyler@haslamlawfirm.com
*Counsel for Plaintiffs*